In the Matter of the Petition of SAMUEL H. KAUFMAN and Another, Copartners, etc., Petitioners, Respondents, Appellants, to Have Determined and Enforced an Attorney's Lien for Professional Services Rendered to SCHATZ ADAMS WEICKER, Appellant, Respondent.— Orders affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to modify the order entered April 10, 1940, by deducting from the lien of $9,415.42 awarded to petitioners the sum of $3,250 allowed for services in the separation action.

## (June 28, 1940.)

AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order unanimously modified by granting the motion only to the extent of staying all proceedings on the part of the plaintiffs until the president of the plaintiff corporation S. A. Scotti & C., of Monza, Italy, submits to examination in accordance with the order of this court, entered October 6, 1939, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, JUNE, 1940.

## (June 3, 1940.)

RAYMOND APOLLONIO, Respondent, v. CHARLES CHAMBERS, Individually and as Trustee under the Will of JAMES CHAMBERS, I, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

AGNES A. COLE and Another, Appellants, v. GIMBEL BROTHERS, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

RUTH DE SANTES, Respondent, Appellant, v. MURAL TRANSPORTATION CORPORATION and Another, Appellants, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent, and Another Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

DAVID FEDER, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.